Irving CLAY; Irene Smith; Teresa Adams; Joann Williams; Carpenters District Council of Greater St. Louis, Appellants,

v.

CITY OF ST. LOUIS; Francis Slay, in his capacity as Mayor of the City of St. Louis; William C. Duffee, in capacity as Director of Personnel, City of St. Louis; Audrey R. Jones, Chair of the St. Louis City Board of Election Commissioners; Judy A. Zakibe, Secretary to the St. Louis City Board of Election Commissioners; Yvonne Hunter, Member of the St. Louis City Board of Election Commissioners; Kathy A. Surratt–States, Member of the St. Louis City Board of Election Commissioners; Keena M. Carter, Director of Elections for the St. Louis

City Board of Election Commissioners; Jeanne Bergfeld, Director of Elections for the St. Louis City Board of Election Commissioners, Appellees.

No. 02–4023.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 26, 2003.

Decided Oct. 8, 2003.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Plaintiffs appeal the district court's[1] oral "order" requiring City of St. Louis employees to work at election polls on November 5, 2002. We conclude this appeal is moot, and thus grant defendants' motion to dismiss. Also, we deny as moot plaintiffs' motion to amend their notice of appeal.

Accordingly, this appeal is dismissed. See 8th Cir. R. 47A(a).

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.